No. 214. BALTIMORE & OHIO R. CO. ET AL. *v.* DOMESTIC HARDWOODS, INC., ET AL. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Charles Clark* and *John J. Hamilton* for petitioners. *Mr. Harry S. Elkins* for respondents.

No. 215. SIMMONS ET AL. *v.* FIDELITY NATIONAL BANK & TRUST CO. ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry S. Conrad* for petitioners. *Messrs. Justin D. Bowersock* and *Paul R. Stinson* for respondents.

No. 216. SOUTH CAROLINA ASPARAGUS GROWERS ASSN. *v.* SOUTHERN RY. CO. ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Karl Knox Gartner* for petitioner. *Messrs. Charles Clark* and *Nath. B. Barnwell* for respondents.

No. 217. RADIO-KEITH-ORPHEUM CORP. ET AL. *v.* CULLMAN, RECEIVER, ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Frederick H. Wood* and *William D. Whitney* for petitioners. *Mr. Joseph M. Proskauer* for respondents.

No. 218. NEW YORK CENTRAL R. CO. *v.* MODICA. October 9, 1933. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Clive C. Handy* and *Jacob Aronson* for petitioner. *Mr. J. George*

648

*Silberstein* for respondent.

No. 220. WEATHERFORD, CRUMP & CO. *v.* BASS, COLLECTOR OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Chester A. Bennett* and *Frank G. Gladney* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John G. Remey* for respondent.

No. 221. CHEMISCHE FABRIK VON HEYDEN ET AL. *v.* TAIT, COLLECTOR OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Adrian C. Humphreys* and *Newton K. Fox* for petitioners. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold, Sewall Key,* and *Andrew D. Sharpe* for respondent.

No. 223. FIRST NATIONAL BANK & TRUST CO. *v.* STOCK YARDS LOAN CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Henry S. Conrad, W. F. Wilson,* and *Robert E. Owens* for petitioner. *Mr. H. L. McCune* for respondent.

No. 226. UNITED STATES *v.* CONSOLIDATION COAL CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Solicitor General Biggs* for the United States. No appearance for respondent.